## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Paisant N. Kumperngsai, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 18-15300-ref |

## ORDER DISMISSING CASE

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated August 9, 2018, this case be and the same is hereby **DISMISSED.**

**Date: August 29, 2018**

_____
RICHARD E. FEHLING
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT

Missing Documents:

    Certification Concerning Credit Counseling and/or
       Certificate of Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and
       Calculation of Commitment Period Form 122C-1
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106