United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15300-ref
Paisant N. Kumperngsai                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR                  Page 1 of 1              Date Rcvd: Aug 29, 2018
                               Form ID: pdf900              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +Paisant N. Kumperngsai,    3512 Whitney Avenue,    Easton, PA 18045-5152
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14179457       +KML Law Group, PC.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14188335       +METROPOLITAN LIFE,     c/o Bayview Loan Servicing., LLC.,    c/o KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14179456       +Metlife Services & Solutions LLC.,    200 Park Avenue, Suite 40,    New York, NY 10166-0005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2018 02:14:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2018 02:14:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14179455       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 30 2018 02:14:58
                 Bayview Loan Services LLC,,    4425 Ponce De Leon Blvd.,    Coral Gables, FL 33146-1837
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    METROPOLITAN LIFE c/o Bayview Loan Servicing., LLC.
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Paisant N. Kumperngsai, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No.  18-15300-ref |

**ORDER DISMISSING CASE**

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated August 9, 2018, this case be and the same is hereby **DISMISSED.**

**Date: August 29, 2018**

_____
RICHARD E. FEHLING
CHIEF JUDGE, UNITED STATES BANKRUPTCY COURT

Missing Documents:

    Certification Concerning Credit Counseling and/or
        Certificate of Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income and
        Calculation of Commitment Period Form 122C-1
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106